# Walton v. Lindsey Lumber Co.

*Damages for Injury.*

(Decided Dec. 21, 1905, 39 So. Rep. 670.)

APPEAL from Escambia Circuit Court.
Heard before Hon. J. C. RICHARDSON.

POWELL & HAMILTON, for appellant.

LEIGH & LEIGH and STEVENS & LYON, for appellees.

Affirmed.

Opinion by DOWDELL, *J.*

TYSON, ANDERSON and DENSON, JJ., concur.

---

# Funderburk v. The State.

*Assault with Intent.*

(Decided Dec. 21, 1905, 39 So. Rep. 672.)

APPEAL from Coosa Circuit Court.
Heard before Hon. A. H. ALSTON.

FELIX L. SMITH and LACKEY & BRIDGES, for appellant.

MASSEY WILSON, Attorney General for the State.

Reversed and remanded.

Opinion by DENSON, J.

HARALSON, TYSON, DOWDELL and ANDERSON, JJ., concur.

---

# State v. Couston.

*Habeas Corpus.*

(Decided Dec. 21, 1905, 39 So. Rep. 674.)

APPEAL from Elmore Probate Court.
Heard before Hon. H. J. LANCASTER.

MASSEY WILSON, Attorney General for the State.

JOHN A. HOLMES, JR., for appellee.

TYSON, J.—Order discharging petition reversed and petition dismissed.

All the justices concur.